Decided June 25, 1997

## STATE OF CONNECTICUT *v.* SYDNEY M. LIBBY

The defendant's petition for certification for appeal from the Appellate Court, 45 Conn. App. 905 (AC 14832), is denied.

*Todd D. Fernow,* in support of the petition.

*Rita M. Shair,* assistant state's attorney, in opposition.

Decided June 25, 1997